IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA CALDWELL-BUSH, :
:
    Plaintiff, :
: **NOTICE OF REMOVAL FROM**
: **THE CIRCUIT COURT FOR PRINCE**
v. : **GEORGE'S COUNTY, MARYLAND**
: **CASE NO. CAL18-45960**
WAL-MART STORES, INCORPORATED, : CIVIL ACTION NO. _____
:
    Defendant. :

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, Wal-Mart Stores, Inc., respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Prince George's County, Maryland, and as grounds therefor, states as follows:

1. On or about January 11, 2019, the Defendant, Wal-Mart Stores, Inc., was served through its resident agent with the Complaint and summons of the case pending in the Circuit Court for Prince George's County, Maryland. True and correct copies of the Complaint and summons are attached hereto as Exhibits A and B, respectively.

2. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendant and, therefore is timely filed pursuant to 28 U.S.C., Section 1446(b). A copy of Defendant's Notice of Removal is attached hereto and incorporated herein by reference as Exhibit C.

3. In the Circuit Court Complaint, the Plaintiff seeks judgment against this Defendant in the amount of Five-Hundred Thousand Dollars ($500,000.00) in compensatory damages.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4. At the time of commencement of this action, Plaintiff was and is now a resident of the District of Columbia.

5. At the time of commencement of this action, and at all other times relevant to the subject proceeding, the Defendant's maintains its principal place of business in Bentonville, Arkansas, and the Defendant is incorporated in Delaware.[1]

6. As this is a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

7. The Petitioner presents and files herewith a check in the amount of $400.00 for the filing fee, as required by law.

WHEREFORE, the Defendant, Wal-Mart Stores, Inc., respectfully requests to remove this action from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

---

[1] On February 1, 2018 notice was filed with SDAT reflecting that Wal-Mart Stores, Inc.'s name has been changed to Walmart Inc. It maintains the same state of incorporation and the same principle place of business.

-2-

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER and DeBLASIS, LLP

By: /s/ Mark A. Kohl
    Mark A. Kohl, #16890
    17251 Melford Boulevard, Suite 200
    Bowie, Maryland 20715
    (301)352-4950
    (301)352-8691 - Fax
    mkohl@decarodoran.com
    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **24th** day of **January, 2019,** a copy of the foregoing Petition for Removal was mailed, postage prepaid, to:

Adam B. Katzen, Esquire
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
*Counsel for Plaintiff*

    /s/ Mark A. Kohl
    Mark A. Kohl, #16890

I:\Common\WP\L3\MAK\Caldwell-Bush v. Wal-Mart\Pleadings\PetitionForRemoval - Wal-Mart.wpd.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548



IN THE CIRCUIT COURT OF MARYLAND FOR
PRINCE GEORGE'S COUNTY

PATRICIA CALDWELL-BUSH
4022 First Street, S.E.
Apt. B-103
Washington, D.C. 20032

       Plaintiff

v.

Case No. CAL18-45960

WAL-MART STORES, INCORPORATED
a/k/a WALMART, INC
a/k/a WAL-MART STORES EAST, LP

       Serve:
       Resident Agent
       THE CORPORATION TRUST, INCORPORATED
       2405 YORK ROAD
       SUITE 201
       LUTHERVILLE TIMONIUM MD 21093-2264

       Defendant

## COMPLAINT

Plaintiff PATRICIA CALDWELL-BUSH ("Plaintiff"), by and through her attorney, Adam B. Katzen, Esquire, hereby sues Defendant WAL-MART STORES, INCORPORATED, a/k/a WALMART, INC, a/k/a WAL-MART STORES EAST, LP ("Defendant") and in support thereof states as follows:

### I. JURISDICTION AND VENUE

1. The negligence alleged by Plaintiff in this Complaint occurred at a store owned and operated by Defendant located at 8745 Branch Avenue, Clinton, Prince George's County, Maryland, and thus venue is proper.

EXHIBIT A



## II. STATEMENT OF FACTS

2. On or about December 5, 2015, Plaintiff brought her motor vehicle to Defendant's store located in Clinton, Maryland (Store #2799) for the purpose of having four new tires mounted on her motor vehicle.

3. That on or about December 13, 2015, at approximately 6:35 pm, as Plaintiff was operating her motor vehicle northbound on Pennsylvania Avenue, her left rear tire came off the motor vehicle causing her to motor vehicle to drive off the road, and strike a tree.

4. That as a result of her December 13, 2015 collision, the Plaintiff sustained serious personal injuries, resulting in medical and related expenses, lost wages and physical and emotional pain and suffering.

5. That at all times relevant, Plaintiff was not contributorily negligent, nor did she assume the risk of injury.

## COUNT I
### Negligence

6. All allegations of fact set forth in paragraphs 1 through 5 are incorporated herein by reference and are said to be read as though repeated in full.

7. Plaintiff was a business invitee of the Defendant.

9. Defendant, by and through its agents, servants and/or employees had a duty to properly install Plaintiff's tires in a reasonable and safe manner, pursuant to industry standard.

10. Defendant, by and through its agents, servants and/or employees negligently failed to properly install Plaintiff's tires, causing one to fall off on December 13, 2015, resulting in Plaintiff's motor vehicle striking a tree with great force and violence.



11. That Plaintiff could not have reasonably known of the negligence of the Defendant until her motor vehicle accident of December 13, 2015.

12. Defendant, by and through its employees and/or agents had a duty to use reasonable and ordinary care, as well as conforming to industry standards when installing Plaintiff's tires, and their failure to do so directly caused her December 13, 2015 motor vehicle accident.

13. That notwithstanding the duty owed, as previously alleged Defendant failed to use reasonable and ordinary care.

14. That as a direct result of Defendant's negligence, Plaintiff sustained injuries.

15. That as a further direct and proximate result of Defendant's negligence, Plaintiff has suffered and continues to suffer great economic and non-economic damages, including but not limited to medical and rehabilitation expenses, loss of wages, physical and emotional pain and suffering.

**WHEREFORE**, Plaintiff PATRICIA CALDWELL-BUSH demands judgment against Defendant WAL-MART STORES, INCORPORATED, a/k/a WALMART, INC, a/k/a WAL-MART STORES EAST, in the amount of Five Hundred Thousand Dollars ($500,000.00) plus costs and interest.

Respectfully Submitted,

_____
Adam B. Katzen, Esquire
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
Counsel for Plaintiff
202-261-3597

## CERTIFICATE OF ATTORNEY

**I HEREBY CERTIFY** that I am a member in good standing of the Bar of the State of Maryland.

_____
Adam B. Katzen, Esquire

4

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Writ of Summons                                    Case ID: CAL18-45960

State of Maryland, Prince George's County to wit:

To:  Wal Mart Stores Incorporated
     Serve Corporation Trust Inc
     2405 York Road Ste 201
     Lutherville Timonium, MD 21093-2264

You are hereby summoned to file a written response by pleading or motion in this court to the attached complaint filed by:
PATRICIA CALDWELL BUSH
4022 FIRST STREET S E APT B-103
WASHINGTON DC 20032

Within 30 days after service of this summons upon you.

WITNESS: the Honorable Clerk of the Circuit Court for Prince George's County, Maryland.

Date issued: December 27, 2018

_Mahasin El Amin_
Clerk

#69

To the person summoned:
1. Personal attendance in court on the day named is not required.
2. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
3. Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Sheriff's Return

Fee $_____                                      Sheriff _____

Note:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126. If this summons is served by private process, the process server shall file a separate affidavit as required by Rule 2-126 (a).
4. Direct your responses and questions to Circuit Court for Prince George's County, Clerk of the Circuit Court, 14735 Main Street, Courthouse D1002, Upper Marlboro, MD 20772-9987. Legal advice cannot be obtained from this office.


EXHIBIT B

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

PATRICIA CALDWELL-BUSH,

    Plaintiff,

v.                                     **Case No. CAL18-45960**

WAL-MART STORES, INCORPORATED,

    Defendant.

### NOTICE REGARDING REMOVAL

TO THE CLERK OF THE COURT:

Please note that the Defendant, Wal-Mart Stores, Incorporated has filed a Petition for Removal, a copy of which is attached hereto as Exhibit A, in the United States District Court for the District of Maryland, and respectfully states that no further proceedings may be held in this Honorable Court unless and until the above-captioned matter is remanded.

                Respectfully submitted,

                DeCARO, DORAN, SICILIANO,
                GALLAGHER & DeBLASIS, LLP

By: _____
      Mark A. Kohl
      17251 Melford Boulevard, Suite 200
      Bowie, Maryland 20715
      (301)352-4950
      (301)352-8691 - Fax
      mkohl@decarodoran.com
      *Counsel for Defendant*

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548



EXHIBIT C

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **24th** day of **January, 2019**, a copy of the foregoing Notice Regarding Removal was mailed, postage prepaid, to:

Adam B. Katzen, Esquire
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
***Counsel for Plaintiff***

*/s/ Mark A. Kohl*
Mark A. Kohl

I:\Common\WP\L3\MAK\Caldwell-Bush v. Wal-Mart\Pleadings\NoticeReRemoval - Wal-Mart.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

-2-