

IN THE CIRCUIT COURT OF MARYLAND FOR
PRINCE GEORGE'S COUNTY

PATRICIA CALDWELL-BUSH   18 DEC 10 PM 12: 40
4022 First Street, S.E.
Apt. B-103
Washington, D.C. 20032         PR GEO CO MD #16

        **Plaintiff**

v.                              Case No. CAL18-45960

**WAL-MART STORES, INCORPORATED**
**a/k/a WALMART, INC**
**a/k/a WAL-MART STORES EAST, LP**

        Serve:
        Resident Agent
        THE CORPORATION TRUST, INCORPORATED
        2405 YORK ROAD
        SUITE 201
        LUTHERVILLE TIMONIUM MD 21093-2264

        **Defendant**

## COMPLAINT

Plaintiff PATRICIA CALDWELL-BUSH ("Plaintiff"), by and through her attorney, Adam B. Katzen, Esquire, hereby sues Defendant WAL-MART STORES, INCORPORATED, a/k/a WALMART, INC, a/k/a WAL-MART STORES EAST, LP ("Defendant") and in support thereof states as follows:

### I. JURISDICTION AND VENUE

1. The negligence alleged by Plaintiff in this Complaint occurred at a store owned and operated by Defendant located at 8745 Branch Avenue, Clinton, Prince George's County, Maryland, and thus venue is proper.



## II. STATEMENT OF FACTS

2. On or about December 5, 2015, Plaintiff brought her motor vehicle to Defendant's store located in Clinton, Maryland (Store #2799) for the purpose of having four new tires mounted on her motor vehicle.

3. That on or about December 13, 2015, at approximately 6:35 pm, as Plaintiff was operating her motor vehicle northbound on Pennsylvania Avenue, her left rear tire came off the motor vehicle causing her to motor vehicle to drive off the road, and strike a tree.

4. That as a result of her December 13, 2015 collision, the Plaintiff sustained serious personal injuries, resulting in medical and related expenses, lost wages and physical and emotional pain and suffering.

5. That at all times relevant, Plaintiff was not contributorily negligent, nor did she assume the risk of injury.

## COUNT I
### Negligence

6. All allegations of fact set forth in paragraphs 1 through 5 are incorporated herein by reference and are said to be read as though repeated in full.

7. Plaintiff was a business invitee of the Defendant.

9. Defendant, by and through its agents, servants and/or employees had a duty to properly install Plaintiff's tires in a reasonable and safe manner, pursuant to industry standard.

10. Defendant, by and through its agents, servants and/or employees negligently failed to properly install Plaintiff's tires, causing one to fall off on December 13, 2015, resulting in Plaintiff's motor vehicle striking a tree with great force and violence.



11. That Plaintiff could not have reasonably known of the negligence of the Defendant until her motor vehicle accident of December 13, 2015.

12. Defendant, by and through its employees and/or agents had a duty to use reasonable and ordinary care, as well as conforming to industry standards when installing Plaintiff's tires, and their failure to do so directly caused her December 13, 2015 motor vehicle accident.

13. That notwithstanding the duty owed, as previously alleged Defendant failed to use reasonable and ordinary care.

14. That as a direct result of Defendant's negligence, Plaintiff sustained injuries.

15. That as a further direct and proximate result of Defendant's negligence, Plaintiff has suffered and continues to suffer great economic and non-economic damages, including but not limited to medical and rehabilitation expenses, loss of wages, physical and emotional pain and suffering.

**WHEREFORE**, Plaintiff PATRICIA CALDWELL-BUSH demands judgment against Defendant WAL-MART STORES, INCORPORATED, a/k/a WALMART, INC, a/k/a WAL-MART STORES EAST, in the amount of Five Hundred Thousand Dollars ($500,000.00) plus costs and interest.

Respectfully Submitted,

*[signature]*

Adam B. Katzen, Esquire
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
Counsel for Plaintiff
202-261-3597

## CERTIFICATE OF ATTORNEY

**I HEREBY CERTIFY** that I am a member in good standing of the Bar of the State of Maryland.

*[signature]*

Adam B. Katzen, Esquire